UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 24-4860-GW-JCx | Date July 3, 2024 |
| Title *David Michael Dilanchyan v. Mercedes-Benz USA, LLC, et al.* | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on July 2, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for September 5, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on September 3, 2024.

:

Initials of Preparer   JG