JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL DILANCHYAN,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>Defendants. | Case No.  CV 24-4860-GW-JCx<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: August 13, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE